IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01446-LTB-MJW

AMERICAN CIVIL CONSTRUCTORS, INC., a Colorado corporation,

Plaintiff(s),

v.

OAKLEY TRUCKING, INC., an Arkansas corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's "Opposed Motion to Amend the Complaint" (Docket No. 21), to which no Response was filed, is granted.  The tendered First Amended Complaint (Docket No. 21-1) is accepted for filing as of the date of this Minute Order.

Date: October 23, 2013