**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01446-LTB-MJW

AMERICAN CIVIL CONSTRUCTORS, INC., a Colorado corporation,

    Plaintiff,

v.

OAKLEY TRUCKING, INC., an Arkansas corporation,

    Defendant.

**ORDER**

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 26 - filed January 24, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   January 27, 2014